1

Judge Ronald B. Leighton

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
9                                 AT TACOMA

10

11    ARTHUR L. HAHN,                          Civil No. 3:06-cv-05535-RBL

12                    Plaintiff,               **ORDER**

13            vs.

14    KATY KEITH, IRS Tacoma, WA,

15                    Defendant.

16        Having considered the United States' Motion to Dismiss, the record contained herein, and

17    good cause being shown, the Court hereby GRANTS the motion.  This United States is substituted as

18    the sole defendant.  The action initiated by Plaintiff Arthur L. Hahn is DISMISSED WITH

19    PREJUDICE for a lack of subject matter jurisdiction and failure to state a claim upon which relief can

20    be granted.

21    *////*

22

23

24

25

26

27                                                        **U.S. Department of Justice**
                                                           P.O. Box 683, Ben Franklin Station
28                                                        Washington, D.C.  20044-0683
      **US' PROPOSED ORDER**                              Telephone: (202) 307-6421
      Civil No. 3:06-cv-05535-RBL            -1-          Facsimile: (202) 307-0054

Furthermore, any injunctive or declaratory relief sought by Plaintiff, including the Temporary Restraining Order, is denied because it is barred by the Declaratory Judgment Act and the Anti-Injunction Act.

DATED this 14th day of December, 2006.

_Ronald B. Leighton_

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

 /s/ - Paul S. Ham

PAUL S. HAM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6421
Facsimile:  (202) 307-0054
E-mail: paul.s.ham@usdoj.gov

U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6421
Facsimile: (202) 307-0054

US' PROPOSED ORDER
Civil No. 3:06-cv-05535-RBL                    -2-